UNI1ED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE FAHEY-RAMIREZ,
individually and on behalf of all
others similarly situated,

Plaintiff(s)

- v -

NESPRESSO USA, INC.

Defendant(s)

RULE 7.1 STATEMENT

25 Civ. 01684 (JHR)

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Nespresso USA, Inc.

(a private non-governmental party or intervenor) certifies the following:

Part I

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Defendant Nespresso USA, Inc. states that it is a wholly owned corporate subsidiary of Nestle Holdings, Inc., which is itself a wholly owned corporate subsidiary of NIMCO US, Inc., which is itself a wholly owned corporate subsidiary of Nestle Holdco, Inc., which is itself a wholly owned corporate subsidiary of Societe des Produits Nestle S.A., which is itself a wholly owned subsidiary of Nestle S.A., a publicly traded Swiss corporation, the shares of which are traded in the United States in the form of American Depository Receipts. No publicly held corporation currently owns 10% or more of the stock of Nestle S.A.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Nespresso USA, Inc. is a citizen of the State of Delaware and New York.

4/4/25
Date

/s/ Adam S. Lurie
Signature of Attorney

AL-2461
Attorney Bar Code

Note — This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).