UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

DENISE FAHEY-RAMIREZ, individually and on behalf of all others similarly situated,

                Plaintiffs,

v.

NESPRESSO USA, INC.,

                Defendant.

---------------------------------------------------------x

Case No. 25 Civ. 01684 (JHR)

**ECF Case**

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Denise Fahey-Ramirez ("Plaintiff") and Defendant Nespresso USA, Inc. ("Nespresso," together with Plaintiff, the "Parties") respectfully stipulate to an extension of time for Nespresso to respond to the Complaint and request that the Court approve their joint stipulation. In support, the Parties state as follows:

WHEREAS, Plaintiff filed the Complaint on February 27, 2025 (ECF No. 1);

WHEREAS, Plaintiff served Nespresso on March 14, 2025 (ECF No 5);

WHEREAS, Nespresso's response to the Complaint is currently due on or before April 4, 2025 (*id.*);

WHEREAS, Nespresso requires additional time to review the Complaint, determine how it wishes to respond, and prepare papers most helpful to the Court and to Plaintiff;

WHEREAS, the Parties have agreed that the deadlines for Nespresso to respond to the Complaint shall be extended up to and including April 11, 2025;

WHEREAS, this is the first request for an extension filed in this action; and

2

WHEREAS, the agreed extension does not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED by the Parties that Nespresso's deadline to respond to the Complaint shall be extended up to and including April 11, 2025.

(Signature Page Follows)

| | |
|---|---|
| Dated: New York, New York<br>April 4, 2025 | Respectfully submitted, |

By: /s/ *Nicholas A. Migliaccio*
Nicholas A. Migliaccio
Jason S. Rathod*
**Migliaccio & Rathod LLP**
412 H St., NE
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
E-mail: nmigliaccio@classlawdc.com
         jrathod@classlawdc.com

David A. Goodwin*
Daniel E. Gustafson*
Kaitlyn L. Dennis*
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail: dgoodwin@gustafsongluek.com
         dgustafson@gustafsongluek.com
         kdennis@gustafsongluek.com

Scott D. Hirsch*
**SCOTT HIRSCH LAW GROUP PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-6283
scott@scotthirschlawgroup.com

*Attorneys for Plaintiff*
* *pro hac vice* admission to be sought

By: /s/ *Adam S. Lurie*
Adam S. Lurie
Patrick C. Ashby
Michael Pilcher
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 903-9000
adam.lurie@linklaters.com
patrick.ashby@linklaters.com
michael.pilcher@linklaters.com

*Counsel for Defendant Nespresso USA, Inc.*

**IT IS SO ORDERED.**

Dated: April ___, 2025

_____
Hon. Jennifer H. Rearden

3