# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DENISE FAHEY-RAMIREZ, individually and on behalf of all others similarly situated,

                    Plaintiffs,

            v.

NESPRESSO USA, INC.,

                   Defendant.

Case No. 25 Civ. 01684 (JHR)

**ECF Case**

**MEMO ENDORSED**

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Denise Fahey-Ramirez ("Plaintiff") and Defendant Nespresso USA, Inc. ("Nespresso," together with Plaintiff, the "Parties") respectfully stipulate to an extension of time for Nespresso to respond to the Complaint and request that the Court approve their joint stipulation. In support, the Parties state as follows:

WHEREAS, Plaintiff filed the Complaint on February 27, 2025 (ECF No. 1);

WHEREAS, Plaintiff served Nespresso on March 14, 2025 (ECF No 5);

WHEREAS, Nespresso's response to the Complaint is currently due on or before April 4, 2025 (*id.*);

WHEREAS, Nespresso requires additional time to review the Complaint, determine how it wishes to respond, and prepare papers most helpful to the Court and to Plaintiff;

WHEREAS, the Parties have agreed that the deadlines for Nespresso to respond to the Complaint shall be extended up to and including April 11, 2025;

WHEREAS, this is the first request for an extension filed in this action; and

WHEREAS, the agreed extension does not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED AND AGREED by the Parties that Nespresso's deadline to respond to the Complaint shall be extended up to and including April 11, 2025.

(Signature Page Follows)

Application GRANTED *nunc pro tunc*.  Defendant shall respond to the complaint by **April 11, 2025**.  Any future requests must comply with the Court's Individual Rules and Practices in Civil Cases.  *See, e.g.*, I.R. 2.E (requiring that requests for an extension of time be filed as letter-motions).

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated:  April 5, 2025

Dated:      New York, New York      Respectfully submitted,
             April 4, 2025

By: /s/ *Nicholas A. Migliaccio*           By: /s/ *Adam S. Lurie*
Nicholas A. Migliaccio                     Adam S. Lurie
Jason S. Rathod*                        Patrick C. Ashby
**Migliaccio & Rathod LLP**             Michael Pilcher
412 H St., NE                          LINKLATERS LLP
Washington, DC 20002              1290 Avenue of the Americas
(202) 470-3520 (Tel.)               New York, New York 10104
(202) 800-2730 (Fax)               Telephone: (212) 903-9000
E-mail: nmigliaccio@classlawdc.com    adam.lurie@linklaters.com
        jrathod@classlawdc.com        patrick.ashby@linklaters.com
                                       michael.pilcher@linklaters.com
David A. Goodwin*
Daniel E. Gustafson*               *Counsel for Defendant Nespresso USA,*
Kaitlyn L. Dennis*                 *Inc.*
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail: dgoodwin@gustafsongluek.com
        dgustafson@gustafsongluek.com
        kdennis@gustafsongluek.com

Scott D. Hirsch*
**SCOTT HIRSCH LAW GROUP PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-6283
scott@scotthirschlawgroup.com

***Attorneys for Plaintiff***
* *pro hac vice* admission to be sought


**IT IS SO ORDERED.**

Dated: April ___, 2025




_____
Hon. Jennifer H. Rearden