UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE FAHEY-RAMIREZ,<br><br>                              Plaintiff,<br><br>                 -v.-<br><br>NESPRESSO USA, INC.,<br><br>                              Defendant. | 25 Civ. 1684 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Plaintiff commenced this action on February 27, 2025.  *See* ECF No. 1.  On April 11, 2025, Respondents moved to dismiss the complaint or, in the alternative, to strike the class allegations.  *See* ECF No. 13.  On May 2, 2025, Plaintiff filed an amended complaint.  *See* ECF No. 16.  Accordingly, Respondents' motion to dismiss the complaint, ECF No. 13, is hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF No. 13.

      SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                                                      _____
                                                                      JENNIFER H. REARDEN
                                                                      United States District Judge